STATE OF NEW JERSEY v. DOUGLAS E. GRIFFIN.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES A. URETZKY.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. CROWLEY.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN G. WILLIAMS.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE DAVIS.

November 10, 1986.

Petition for certification denied.